IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:18-cv-01003-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: January 7, 2019 | Courtroom Deputy: Monique Ortiz |

*Parties:*

| | |
|---|---|
| MARK PALMER | Pro Se (by phone) |
| Plaintiff, | |
| v. | |
| CITY & COUNTY OF DENVER, THE | Shelby Fenton |
| OFFICE OF ECONOMIC DEVELOPMENT, | Shelby Fenton |
| WORKFORCE INVESTMENT BOARD, | |
| AMY EDINGER, | |
| SUZANNE IVERSEN, | |
| GARY HINDERLIGHTER, | |
| CHIQUITA MCGOWIN, | |
| RANAE TAYLOR, | |
| REBECCA BALU, | |
| KATHLEEN MCCLEARY, | |
| CINDY ACKERMAN, | |
| CAREER SERVICE AUTHORITY, | |
| VALERIE MCNAUGHTON, | Shelby Fenton |
| RYAN BRANDT, | |
| KRISTEN MERRICK, | |
| WILLIAM GLASSMAN | |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**
**Court in Session:  10:34 a.m.**
Court calls case. Appearance of counsel.

This matter is before the Court regarding Plaintiff's Ex Parte Motion: Exemption of Standard Process Service [Doc. No. 51, filed 12/18/2018], Motion: Request Marshall

Service of Summons Upon Defendants [Doc. No. 65, filed 12/24/2018] , Defendant's Motion to Quash Service on William Glassman [Doc. No. 71, filed 1/2/2018] and Plaintiff's Request to Change Venue to District of Massachusetts [Doc. No. 91, filed 1/4/2019].

Arguments and statements by the parties. Statements by the court.

**Court in recess:** **10:50 a.m.**
**Court in session:** **10:57 a.m.**

For the reasons set forth on the record, it is

**ORDERED:** The Clerk of Court shall convert [Doc. No. 9] filed by the Plaintiff into a Motion to Proceed In Forma of Pauperis and the motion will be TAKEN UNDER ADVISEMENT.

Plaintiff's Ex Parte Motion: Exemption of Standard Process Service [Doc. No. 51] is GRANTED IN PART AND DENIED IN PART.

Motion: Request Marshall Service of Summons Upon Defendants [Doc. No. 65] is TAKEN UNDER ADVISEMENT

Defendant's Motion to Quash Service on William Glassman [Doc. No. 71] is GRANTED.

Plaintiff's Request to Change Venue to District of Massachusetts [Doc. No. 91] is DENIED.

A Status Conference is set for **January 22, 2019 at 1:30 p.m.** before Magistrate Judge Varholak in courtroom A402. Plaintiff may appear by telephone by contacting the court at (303) 335-2365 at the scheduled date and time. The deadline to serve remaining Defendants is STAYED until January 22, 2019.

HEARING CONCLUDED.
**Court in recess:** **11:07 a.m.**
Time In Court: 00:26

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Court Reporting & Video, Inc. at (303)629-8534.